# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES TIMMERBERG,** | ) | CASE NO. 4:22-cv-02298 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | TAYLOR IACOBACCI, COUNSEL FOR |
| **LAW OFFICES OF ROBERT A.** | ) | DEFENDANT LAW OFFICES OF |
| **SCHUERGER CO., L.P.A.,** | ) | ROBERT A. SCHUERGER CO., LPA |
| | ) | |
| Defendant. | ) | |

Undersigned counsel hereby gives notice that Taylor M. Iacobacci, who originally appeared in this matter as counsel for Defendant, Law Offices of Robert A. Schuerger Co., LPA, is no longer affiliated with Gallagher Sharp, LLP and therefore is respectfully providing notice of his withdrawal. All further pleadings, correspondence, and communications in this matter should be directed to the attention of Lori E. Brown of Gallagher Sharp LLP.

                                               Respectfully submitted,

                                               /s/ Lori E. Brown
                                               **LORI E. BROWN (0071480)**
                                               **GALLAGHER SHARP| LLP**
                                               1215 Superior Avenue, 7th Floor
                                               Cleveland, Ohio  44114
                                               (216) 241-5310 Telephone
                                               (216) 241-1608 Facsimile
                                               lbrown@gallaghersharp.com
                                               *Attorneys for Defendant Law Offices of*
                                               *Robert A. Schuerger Co., LPA*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2023, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lori E. Brown
**LORI E. BROWN (0071480)**
**GALLAGHER SHARP| LLP**
1215 Superior Avenue, 7th Floor
Cleveland, Ohio  44114
(216) 241-5310 Telephone
(216) 241-1608 Facsimile
lbrown@gallaghersharp.com
*Attorneys for Defendant Law Offices of Robert A. Schuerger Co., LPA*

5501424