# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JAMES TIMMERBERG,** | CASE NO. 4:22-cv-02298 |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| v. | |
| | **IT IS SO ORDERED**. |
| **LAW OFFICES OF ROBERT A.** | /s/ Solomon Oliver, Jr. |
| **SCHUERGER CO., L.P.A.,** | United States District Judge |
| | 12/3/2024 |
| Defendant. | |

NOW COMES the Plaintiff James Timmerberg and Defendant Law Offices of Robert A. Schuerger Co., LPA (hereinafter referred to as "the Parties"), by and through their counsel, pursuant to Rule 41(a)(a)(A)(ii) of the Federal Rules of Civil Procedure and stipulate to the dismissal of the above-captioned matter with prejudice, each party to bear their own costs and attorney fees. The Court shall retain jurisdiction of this matter for the sole purpose of enforcing said settlement, if necessary.

Respectfully submitted,

| | |
|---|---|
| */s/Daniel R. Karon* | */s/Lori E. Brown* |
| Daniel R. Karon (0069304) | **LORI E. BROWN (0071480)** |
| **KARON LLC** | **GALLAGHER SHARP\| LLP** |
| 700 w. St. Clair Avenue, Suite 200 | 1215 Superior Avenue, 7th Floor |
| Cleveland, Ohio  44113 | Cleveland, Ohio  44114 |
| (216) 622-1851 Telephone | (216) 241-5310 Telephone |
| dkaron@karonllc.com | (216) 241-1608 Facsimile |
| *Attorney for Plaintiff* | lbrown@gallaghersharp.com |
| | ***Attorneys for Law Offices of Robert A. Schuerger Co., LPA*** |